MICHAEL L. MAROWITZ, SBN 84656
LAW OFFICES OF MICHAEL L. MAROWITZ
4040 Civic Center Drive, Ste. 200
San Rafael, CA 94903-4187
(415) 492-4539; (415) 879-2253 (c); (415) 492-4591 (f)
Website: *michaelmarowitzlaw.com*; e-mail: lawofcsmlm@gmail.com

Attorney for Defendant CARLOS JUAREGUI

FILED
JUN 25 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

UNITED STATES OF AMERICA
vs.
CARLOS JUAREGUI

Docket No.: 0871 3:19CR001288-00 2 SI

DEFENDANT'S STATEMENT

Defendant Juaregui notes that the Presentence Report does not recommend probation. However, a grant of probation is not forbidden, and the court is free to exercise judicial discretion in a number of ways, including by finding him eligible and suitable for a grant of probation. During the approximate two-year life of this case, Mr. Juaregui has demonstrated his capacity to live a law abiding life, has remained drug-free, and has cheerfully done everything required of him by Pretrial Services since being allowed to stay out of custody: "The U.S. Pretrial Services Officer provided that defendant has reported as directed, has remained focused on his family and employment, and there have been no compliance4 issues. Recommendations, p. 2.

Defendant's prior criminal history also shows that he successfully completed all prior grants of probation, with some of his convictions expunged under California law afterwards. It is therefore reasonable to conclude that Mr. Juaregui would faithfully comply with any probationary conditions that the court may choose to impose on him now. He asks the court to consider placing

/ / /

- 1 -
*Defendant's Statement*

C:\Users\Michael\Documents\CJAUR-6-24-21 DEFENDANT'S STATEMENT.docx

him on five (5) years' probation with whatever conditions the court deems appropriate and just.

DATED: June 24, 2021.

Respectfully Submitted,
LAW OFFICES OF MICHAEL L. MAROWITZ

By: /s/ M. Marowitz

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Marin County, State of California. I am over the age of eighteen (18) years of age and not a party to the within action. My business address is 4040 Civic Center Drive, Ste. 200, San Rafael, CA 94903-4187. On June 24, 2021, I served a true and correct copy of this Defendant's Statement by sending a copy of said document to the following address via her indicated email address:

Smolen, Molly (USACAN)
Molly.Smolen@usdoj.gov

Executed on June 24, 2021 in San Rafael, California.

**XX**(FEDERAL JURAT) I declare that I am a member of the bar of the above-entitled court, and I performed the service indicated above.

/s/ M. Marowitz
MICHAEL L. MAROWITZ